| | | | |
|---|---|---|---|
| JS 45 (11/2002) | **REDACTED** | | |
| **Criminal Case Cover Sheet** | | | **U.S. District Court** |

| **Place of Offense:** | **Under Seal:** Yes ☐ No ☒ | **Judge Assigned:** |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number: 2:19cr67 |
| County/Parish: | Same Defendant: | New Defendant: MONICA BOROWICZ |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

### Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI# | | | | |
|---|---|---|---|---|---|
| Defendant: MONICA BOROWICZ | | | Alias Name(s): | | |
| Address: Assawoman, VA | | | | | |
| Birth Date: xx-xx-1968 | SS#: xxx-xx-xxxx | Sex: F | Race: W | Nationality: | Place of Birth: |
| Height: 5' 04" | Weight: 125 | Hair: BRO | Eyes: GRN | Scars/Tattoos: | |
| Interpreter: Yes ☐ No ☒ | | List Language and/or dialect: | | | |
| | | State ID: | | | |

### Location Status:

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of: _____ in: _____ . | | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

### Defense Counsel Information:

| Name: James R. Theuer, PLLC | ☐ Court Appointed |
|---|---|
| Address: 555 E Main St #1212, Norfolk, VA 23510 | ☒ Retained |
| Telephone: (757) 446-8047 | ☐ Public Defender |
| Email: ███████ | |
| ███████ | |

### U.S. Attorney Information:

| AUSA: Joseph L. Kosky | Telephone No. 757-441-6331 | Bar #: |
|---|---|---|

### Complainant Agency, Address & Phone Number or Person & Title:

Special Agent Frank Davenport, NASA-OIG, 757-864-3484

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 33 U.S.C. § 1319(c)(4) | Clean Water Act False Statements | 1 | Felony |
| Set 2 | 18 U.S.C. § 981(a)(1)(C) | Criminal Forfeiture | | |
| Set 3 | | | | |